# Court of Appeals
# of the State of Georgia

ATLANTA,  April 25, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1522. FINERTY et al. v. CHIMES LAKEVIEW, LLC.**

The Appellants have moved this Court for permission to withdraw their appeal in this case.  See Court of Appeals Rule 41 (g) (1).

The motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  04/25/2012

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*